STATE of Missouri, Respondent,

v.

Michael Keith DUNMORE, Appellant.

No. WD 40218.

Missouri Court of Appeals,
Western District.

Jan. 3, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 28, 1989.

Lee M. Nation, Trimble, for appellant.

William L. Webster, Atty. Gen., John P.
Pollard, Asst. Atty. Gen., Jefferson City,
for respondent.

Before SHANGLER, P.J., and
CLARK and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of robbery in
the first degree, § 569.020, RSMo 1986,
and of armed criminal action, § 571.015,
RSMo 1986, and from respective concur-
rent prison terms of thirty years and twen-
ty years.

JUDGMENT AFFIRMED. Rule 30.-
25(b).